512 Pa. 377 (1986)
516 A.2d 1386
Allen J. BECKMAN
v.
Dan ABRAMOVITZ and Natan Abramovitz and Integrated Systems International, Inc., Appellants.
Supreme Court of Pennsylvania.
Argued October 21, 1986.
Decided November 12, 1986.
Avi D. Eden, Philadelphia, for appellants.
Bruce S. Luckman, Philadelphia, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM
Appeal dismissed as moot.